# Exhibit D

3Q5243 3.000

TX2024   05-102
Ver. 15.0   (Rev.9-23/34)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■Tcode  13196

| ■ Taxpayer number | ■ Report year | Due date |
|---|---|---|
| 12331026554 | 2024 | 11/15/ |

You have certain rights under Chapter 552 and 559. Government Code. to review. request and correct information we have on file about you. Contact us at 800-252-1381.

Taxpayer name  ENERGY TRANSFER MARKETING & TERMINALS L.P.

☐ Blacken box if the mailing address has changed.

Mailing address
8111 Westchester Dr, Suite 600

| City  Dallas | State  TX | ZIP code plus 4  75225 |
|---|---|---|

Secretary of State (SOS) file number or Comptroller file number
0800035696

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 8111 Westchester Dr, Suite 600  Dallas TX  75225 |
|---|---|
| Principal place of business | 8111 Westchester Dr, Suite 600  Dallas TX  75225 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1233102655424

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | m m d d y y |
|---|---|---|---|
| ETMT GP LLC | Gen. Part. | ☐ YES  Term expiration | |
| Mailing address  8111 Westchester Dr, Suite 600 | City  Dallas | State  TX | ZIP Code  75225 |

| Name | Title | Director | m m d d y y |
|---|---|---|---|
| | | ☐ YES  Term expiration | |
| Mailing address | City | State | ZIP Code |

| Name | Title | Director | m m d d y y |
|---|---|---|---|
| | | ☐ YES  Term expiration | |
| Mailing address | City | State | ZIP Code |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| SEE ATTACHED STATEMENT | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ET COAM HOLDINGS LLC | DE | 0802502429 | 100.000 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent. registered office or general partner information.*

| Agent: | Corporation Service Company DBA CSC - Lawyers |
|---|---|
| Office: | 211 E. 7th Street Suite 620 | City  Austin | State  TX | ZIP Code  78701 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ *[signature]* | Title  Manager | Date  10/01/2024 | Area code and phone number  (210) 956-3476 |
|---|---|---|---|

**Texas Comptroller Official Use Only**



| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|
| PM Date | | | |

7004

Energy Transfer Marketing & Terminals L.P.

Report Name: Entity Owns
Created By: Courtney Ruse
Date Created: 09/10/2024 11:35:20 AM
Date Format: MM/DD/YYYY

| Owned Entity | Owner Type | Ownership % | As Of Date | Start Date |
|---|---|---|---|---|
| Bayview Refining Company, LLC | Member | 100 | 10/12/2021 | 05/01/2014 |
| Buffalo Parent Gulf Coast Terminals LLC | Sole Member | 100 | 02/01/2020 | 02/01/2020 |
| J.C. Nolan Terminal Co., LLC | Member | 50 | 07/01/2019 | 04/24/2018 |
| Price River Terminal, LLC | Member | 55 | 05/27/2014 | 05/27/2014 |

09/10/2024

24327298005Z