# Exhibit E

# UNITED STATES OF AMERICA
# STATE OF OHIO
# OFFICE OF THE SECRETARY OF STATE

*I, Frank LaRose, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show CORRPRO COMPANIES, INC., an Ohio corporation, Charter No. 627460, having its principal location in Medina, County of Medina, was incorporated on January 30, 1984 and is currently in GOOD STANDING upon the records of this office.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 3rd day of February, A.D. 2026.*

**Ohio Secretary of State**

**Validation Number:  202603402084**