# Exhibit F



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 |

■ Report year

| 2 | 0 | 2 | 3 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name
**Baker Hughes Company**

■ ◯ Blacken circle if the mailing address has changed.

Mailing address
**575 N Dairy Ashford Suite 100**

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP code plus 4 | |
|---|---|---|---|
| **Houston** | **TX** | **77079** | **0803111778** |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |
|---|---|
| Principal place of business | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **SEE ATTACHED** | | ◯ YES | | |
| Mailing address | City | State | ZIP Code | |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **Allyson Anderson Book** | **Chief Sustainability Officer** | ◯ YES | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** | |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| **Deanna Jones** | **Executive Vice President** | ◯ YES | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **Baker Hughes Holdings LLC** | **DE** | **0007260006** | **58.000** |
| **Baker Hughes Russia Holdings LLC** | | | **100.000** |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent: **C T CORPORATION SYSTEM**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: **1999 BRYAN ST STE 900** | City **DALLAS** | State **TX** | ZIP Code **75201** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Kerry Gaynor** | Title **Assistant VP - T** | Date | Area code and phone number **( 346 )  200 - 8479** |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE ◯ | PIR IND ◯ |
|---|---|

 05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 2 | 3 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: **Baker Hughes Company**

■ ◯ Blacken circle if the mailing address has changed.

Mailing address: **575 N Dairy Ashford Suite 100**

Secretary of State (SOS) file number or Comptroller file number

City: **Houston** | State: **TX** | ZIP code plus 4: **77079** | **0803111778**

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: **575 N Dairy Ashford Suite 100, Houston, TX, 77079**

Principal place of business: **575 N Dairy Ashford Suite 100, Houston, TX, 77079**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

## SECTION A   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fernando Contreras** | **Corporate Secretary** | ◯ YES | | | | | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **575 N Dairy Ashford Suite 100** | **Houston** | **TX** | **77079** |

| Name | Title | Director | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fernando Contreras** | **Vice President** | ◯ YES | | | | | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **575 N Dairy Ashford Suite 100** | **Houston** | **TX** | **77079** |

| Name | Title | Director | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| **Jeff Fleece** | **Chief Information Officer** | ◯ YES | | | | | | | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| **575 N Dairy Ashford Suite 100** | **Houston** | **TX** | **77079** |

## SECTION B   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

## SECTION C   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: **C T CORPORATION SYSTEM**

Office: **1999 BRYAN ST STE 900** | City: **DALLAS** | State: **TX** | ZIP Code: **75201**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Kerry Gaynor** | Title **Assistant VP - T** | Date | Area code and phone number **( 346 )  200 - 8479** |
|---|---|---|---|---|

### Texas Comptroller Official Use Only

| VE/DE | ◯ | PIR IND | ◯ |
|---|---|---|---|



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 2 | 3 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name **Baker Hughes Company**

○ Blacken circle if the mailing address has changed.

Mailing address **575 N Dairy Ashford Suite 100**

Secretary of State (SOS) file number or Comptroller file number

City **Houston**  State **TX**  ZIP code plus 4 **77079**

**0803111778**

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office **575 N Dairy Ashford Suite 100, Houston, TX, 77079**

Principal place of business **575 N Dairy Ashford Suite 100, Houston, TX, 77079**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|------|-------|----------|-------------------------------|
| **Ganesh Ramaswamy** | **Executive Vice President** | ○ YES | |
| Mailing address 575 N Dairy Ashford Suite 100 | City Houston | State TX | ZIP Code 77079 |
| **Kerry Gaynor** | **sistant Vice President - Tax** | ○ YES | |
| Mailing address 575 N Dairy Ashford Suite 100 | City Houston | State TX | ZIP Code 77079 |
| **Gretchen Horwitz** | **Vice President** | ○ YES | |
| Mailing address 575 N Dairy Ashford Suite 100 | City Houston | State TX | ZIP Code 77079 |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: **C T CORPORATION SYSTEM**

Office: **1999 BRYAN ST STE 900**  City **DALLAS**  State **TX**  ZIP Code **75201**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶ **Kerry Gaynor**  Title **Assistant VP - T**  Date  Area code and phone number **( 346 )  200 - 8479**

## Texas Comptroller Official Use Only

VE/DE ○   PIR IND ○



# Texas Franchise Tax Public Information Report

05-102
(Rev.9-15/33)

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 |

■ Report year

| 2 | 0 | 2 | 3 |

***You have certain rights*** *under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name **Baker Hughes Company**

■ ◯ Blacken circle if the mailing address has changed.

Mailing address **575 N Dairy Ashford Suite 100**

Secretary of State (SOS) file number or Comptroller file number

City **Houston**  State **TX**  ZIP code plus 4 **77079**  **0803111778**

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office  **575 N Dairy Ashford Suite 100, Houston, TX, 77079**

Principal place of business  **575 N Dairy Ashford Suite 100, Houston, TX, 77079**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|
| **James Apostolides** | **Senior Vice President** | ◯ YES | | | | | | | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | | ZIP Code **77079** | | | | | |
| **James Prince** | **Chief Compliance Officer** | ◯ YES | | Term expiration | | | | | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | | ZIP Code **77079** | | | | | |
| **James Prince** | **Vice President** | ◯ YES | | Term expiration | | | | | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | | ZIP Code **77079** | | | | | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent: **C T CORPORATION SYSTEM**

Office: **1999 BRYAN ST STE 900**  City **DALLAS**  State **TX**  ZIP Code **75201**

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶  **Kerry Gaynor**  Title **Assistant VP - T**  Date  Area code and phone number **( 346 )  200 - 8479**

**Texas Comptroller Official Use Only**

VE/DE ◯  PIR IND ◯



05-102
(Rev.9-15/33)

Comptroller of Public Accounts FORM

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 | 2 | 0 | 2 | 3 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | **Baker Hughes Company** | ○ Blacken circle if the mailing address has changed. |
|---|---|---|
| Mailing address | **575 N Dairy Ashford Suite 100** | Secretary of State (SOS) file number or Comptroller file number |
| City **Houston** | State **TX** ZIP code plus 4 **77079** | **0803111778** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |
|---|---|
| Principal place of business | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| **Jonathan B Wolens** | ssistant Corporate Secreta | ○ YES | | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** | | |
| Name **Joshua Hallenbeck** | Title **Senior Vice President** | Director ○ YES | | Term expiration | m m d d y y |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** | | |
| Name **Judson Bailey** | Title **Vice President** | Director ○ YES | | Term expiration | m m d d y y |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** | | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent:   **C T CORPORATION SYSTEM** | |
| Office:   **1999 BRYAN ST STE 900** | City **DALLAS** State **TX** ZIP Code **75201** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ► | **Kerry Gaynor** | Title **Assistant VP - T** | Date | Area code and phone number **( 346 )   200 - 8479** |
|---|---|---|---|---|

## Texas Comptroller Official Use Only

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|



# Texas Franchise Tax Public Information Report

05-102
(Rev.9-15/33)

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | ■ Report year |
|---|---|
| 3 2 0 6 8 2 9 4 7 3 8 | 2 0 2 3 |

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | **Baker Hughes Company** | ○ Blacken circle if the mailing address has changed. |
|---|---|---|
| Mailing address | **575 N Dairy Ashford Suite 100** | Secretary of State (SOS) file number or Comptroller file number |
| City **Houston** | State **TX** | ZIP code plus 4 **77079** | **0803111778** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |
|---|---|
| Principal place of business | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner  or manager.

| Name | Title | Director | | Term expiration (mm dd yy) |
|---|---|---|---|---|
| **Lorenzo Simonelli** | **Chief Executive Officer** | ○ YES | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | ZIP Code **77079** |
| **Lorenzo Simonelli** | **President** | ○ YES | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | ZIP Code **77079** |
| **Maria Borras** | **Executive Vice President** | ○ YES | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | ZIP Code **77079** |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent  or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10  percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent:  **C T CORPORATION SYSTEM** | |
| Office:  **1999 BRYAN ST STE 900** | City **DALLAS** | State **TX** | ZIP Code **75201** |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Kerry Gaynor** | Title **Assistant VP - T** | Date | Area code and phone number **( 346 )  200 - 8479** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 2 | 3 |
|---|---|---|---|

***You have certain rights*** *under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | |
|---|---|
| **Baker Hughes Company** | ■ ◯ Blacken circle if the mailing address has changed. |

| Mailing address | |
|---|---|
| **575 N Dairy Ashford Suite 100** | Secretary of State (SOS) file number or Comptroller file number |

| City | State | ZIP code plus 4 | |
|---|---|---|---|
| **Houston** | **TX** | **77079** | **0803111778** |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | 575 N Dairy Ashford Suite 100, Houston, TX, 77079 |
|---|---|
| Principal place of business | 575 N Dairy Ashford Suite 100, Houston, TX, 77079 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| **Nancy Buese** | **Chief Financial Officer** | ◯ YES | Term expiration | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | ZIP Code **77079** |
| Name **Nicole Durham** | Title **hief Culture and DEI Office** | Director ◯ YES | Term expiration | m m d d y y |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | ZIP Code **77079** |
| Name **Rebecca Charlton** | Title **Chief Accounting Officer** | Director ◯ YES | Term expiration | m m d d y y |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | | ZIP Code **77079** |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | You must make a filing with the Secretary of State to change registered agent, registered office or general partner information. |
|---|---|
| Agent: **C T CORPORATION SYSTEM** | |

| Office: **1999 BRYAN ST STE 900** | City **DALLAS** | State **TX** | ZIP Code **75201** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ➤ | **Kerry Gaynor** | Title **Assistant VP - T** | Date | Area code and phone number **( 346 ) 200 - 8479** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ◯ | PIR IND | ◯ |
|---|---|---|---|



05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | | ■ Report year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 | 2 | 0 | 2 | 3 | |

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

| Taxpayer name | **Baker Hughes Company** | ■ ◯ Blacken circle if the mailing address has changed. |
|---|---|---|

| Mailing address | **575 N Dairy Ashford Suite 100** | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|
| City **Houston** | State **TX** | ZIP code plus 4 **77079** | **0803111778** |

◯ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |
|---|---|
| Principal place of business | **575 N Dairy Ashford Suite 100, Houston, TX, 77079** |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| **Rebecca Charlton** | **Controller** | ◯ YES | | | | | | | |

| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** |
|---|---|---|---|

| Name | Title | Director | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| **Rebecca Charlton** | **Senior Vice President** | ◯ YES | | | | | | | |

| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** |
|---|---|---|---|

| Name | Title | Director | Term expiration | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|
| **Regina Bynote Jones** | **Chief Legal Officer** | ◯ YES | | | | | | | |

| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | State **TX** | ZIP Code **77079** |
|---|---|---|---|

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent: **C T CORPORATION SYSTEM** | |

| Office: **1999 BRYAN ST STE 900** | City **DALLAS** | State **TX** | ZIP Code **75201** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Kerry Gaynor** | Title **Assistant VP - T** | Date | Area code and phone number **( 346 )  200 - 8479** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ◯ | PIR IND ◯ |
|---|---|



# Texas Franchise Tax Public Information Report

05-102
(Rev.9-15/33)

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

■ Taxpayer number

| 3 | 2 | 0 | 6 | 8 | 2 | 9 | 4 | 7 | 3 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|

■ Report year

| 2 | 0 | 2 | 3 |
|---|---|---|---|

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name
**Baker Hughes Company**

○ Blacken circle if the mailing address has changed.

Mailing address
**575 N Dairy Ashford Suite 100**

Secretary of State (SOS) file number or Comptroller file number

| City | State | ZIP code plus 4 | |
|------|-------|-----------------|---|
| **Houston** | **TX** | **77079** | **0803111778** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**575 N Dairy Ashford Suite 100, Houston, TX, 77079**

Principal place of business
**575 N Dairy Ashford Suite 100, Houston, TX, 77079**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1000000000015

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m | d d | y y |
|------|-------|----------|---|-----------------|-----|-----|-----|
| **Steven Krippner** | **Treasurer** | ○ YES | | | | | |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | | | State **TX** | | ZIP Code **77079** | |
| Name **Steven Krippner** | Title **Vice President** | Director ○ YES | | Term expiration | m m | d d | y y |
| Mailing address **575 N Dairy Ashford Suite 100** | City **Houston** | | | State **TX** | | ZIP Code **77079** | |
| Name | Title | Director ○ YES | | Term expiration | m m | d d | y y |
| Mailing address | City | | | State | | ZIP Code | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent: **C T CORPORATION SYSTEM**

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: **1999 BRYAN ST STE 900** | City **DALLAS** | State **TX** | ZIP Code **75201** |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | **Kerry Gaynor** | Title **Assistant VP - T** | Date | Area code and phone number **( 346 )   200 - 8479** |
|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|