# Exhibit G

0014704324



**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722
**ANNUAL REPORT**
Fee: $7

| Pennsylvania Department of State |
| --- |
| **-FILED-** |
| Amendment #: 0014704324 |
| Date Filed: 8/7/2025 |

B0909-2075 08/07/2025 5:01 PM Received by Pennsylvania Department of State

In compliance with the requirements of 15 Pa.C.S. § 146 (relating to annual report), the undersigned domestic or foreign association hereby states that:

**Record Information**

| | |
| --- | --- |
| File number | 0000347600 |
| Business name | Energy Transfer (R&M), LLC |
| Jurisdiction of formation | PENNSYLVANIA |
| Filing type | Domestic Limited Liability Company |
| Filing subtype | Limited Liability Company |

**Current Registered Office or Commercial Registered Office Provider**

| | |
| --- | --- |
| Search for Commercial Registered Office Provider (CROP) | Corporation Service Company
Commercial Registered Office Provider |
| Venue and Publication County | Dauphin |

**Principal Office**

| | |
| --- | --- |
| Address | 8111 WESTCHESTER DR
STE 600
DALLAS, TX 75225-6142 |

**Governor(s)**

**The name of at least one governor to this association.**,Click on a row to edit.  Use the delete button to remove any governors that are no longer serving.

| Name of individual or entity |
| --- |
| ➕ ETC Sunoco Holdings LLC |

**Principal Officer(s)**

**The names and titles of the persons who are its principal officers, if any, as determined by its governors**

| Name of individual or organization | Position | Other Position |
| --- | --- | --- |
| ➖ ~~ROBERT W OWENS~~ | ~~President~~ | |
| ➖ ~~SHERYL L HESS~~ | ~~Vice President~~ | |
| ➖ ~~ARNOLD D DODDERER~~ | ~~Secretary~~ | |
| ➖ ~~CLARE P MCGRORY~~ | ~~Treasurer~~ | |

**Electronic Signature**

IN TESTIMONY WHEREOF, the association has caused this Annual Report to be signed by a duly-authorized representative

| *Sr. Manager* | *Peggy J. Harrison* | *08/07/2025* |
| --- | --- | --- |
| Signer's Capacity | Sign Here | Date |

Page 1 of 1