# Exhibit K



Pennsylvania
**Department of**
**Environmental Protection**

July 14, 2025

Matthew Gordon
Energy Transfer
100 Green Street
Marcus Hook, PA 19061

Dear Mr. Gordon:

Thank you for your June 18, 2025, letter concerning the Department of Environmental Protection's (Department) March 6, 2025 Order (Order) regarding Sunoco Pipeline LP's (SPLP) Twin Oaks – Newark pipeline release.

The Department's intent in issuing the Order was to ensure that the entities responsible for the release of petroleum-related chemicals into waters of the Commonwealth were held responsible for the clean-up of that contamination. At this time, based on information provided by SPLP and upon further investigation following the issuance of the Order, the Department considers the parties responsible for the clean-up to be SPLP and its parent entities. Since the Order was issued, the Department has looked to SPLP, and its ultimate parent corporation Energy Transfer LP, to perform the response, investigation, and remediation necessary to address the contamination resulting from the release from SPLP's pipeline. The Department acknowledges that Energy Transfer LP was not one of the named entities in its Order.

To date, the Department has not sought response, investigation, or remediation actions from Energy Transfer (R&M), LLC. If new information reveals that Energy Transfer (R&M), LLC had responsibility over the pipeline, or was otherwise responsible for the release from SPLP's Twin Oaks – Newark pipeline, the Department retains the right to enforce its Order against Energy Transfer (R&M), LLC.

Sincerely,

*Patrick L. Patterson*

Patrick Patterson
Regional Director