**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DANIEL LA HART and KATHERINE LA HART; JERRY ZACHARATOS and JUSTINE ZACHARATOS; CHRISTOPHER GROVER and ANDREA GROVER,

*Plaintiffs*,

v.

SUNOCO PIPELINE L.P.; ENERGY TRANSFER LP; ENERGY TRANSFER (R&M) LLC; ENERGY TRANSFER MARKETING & TERMINALS L.P.; DELTA AIR LINES, INC.; EPSILON TRADING, LLC; MONROE ENERGY, LLC; PBF ENERGY INC.; PBF HOLDING COMPANY LLC; PRECISION PIPELINE LLC; MASTEC, INC.; NATURAL ENERGY FIELD SERVICES, LLC; SHAW PIPELINE SERVICES INC.; CORRPRO COMPANIES, INC.; AZURIA WATER SOLUTIONS, INC.; BARR AIR PATROL, LLC; BAKER HUGHES COMPANY; ROSEN SWISS A.G. d/b/a ROSEN USA,

*Defendants*.

Case No. 26-cv-1133 (MRP)

**PLAINTIFFS' MOTION TO AMEND**
**THE SECOND AMENDED CLASS ACTION COMPLAINT**
**TO CLARIFY THE CLASS DEFINITION**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs respectfully move this Court for an Order granting leave to file their Third Amended Class Action Complaint ("TAC"), only with respect to the proposed class definition. The grounds for this Motion are set forth in the accompanying Memorandum of Law. A clean copy of Plaintiffs' proposed TAC is attached hereto as Exhibit A, and the redline version showing substantive changes from the Second Amended Class Action Complaint is attached hereto as Exhibit B. A proposed order is also attached.

Respectfully submitted,

Dated: April 22, 2026

*/s/ Shanon J. Carson*

Shanon J. Carson
Y. Michael Twersky
Joseph E. Samuel, Jr.
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3020
scarson@bergermontague.com
mitwersky@bergermontague.com
jsamuel@bergermontague.com

*Counsel for Plaintiffs and the Proposed Class and Subclasses*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day the foregoing was filed with the Court's electronic filing system, which then served all counsel of record.

Dated: April 22, 2026

*/s/ Shanon J. Carson*
Shanon J. Carson